Mildred Balser, Plaintiff, and Pearl Balser, Respondent, v. Joseph Balser, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to dismiss the complaint in an action for damages in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Anna Maria Martino, Appellant, v. Joseph Kodacska and Others, Defendants, and Farmers and Traders Life Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. (See *Berkowitz* v. *Dam*, 122 Misc. 143; affd., 212 App. Div. 836.) All concur. (The order dismisses the amended complaint as to defendant insurance company in an action to set aside a deed and a mortgage.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Domenico DeBartoli, Appellant, v. Titanium Alloy Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. Memorandum: The plaintiff consented to the making of the order appealed from, and in view of such consent the order should be affirmed. All concur. (The order grants defendant's motion for a separate trial by jury of issues of fact in a silicosis action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of Supplementary Proceedings: Henry Lacey and Cora E. Lacey, His Wife, Judgment Creditors, Appellants, v. William D. Hewes, Judgment Debtor, Respondent, and Althea K. Hewes, Judgment Debtor. New York Life Insurance Company, Third Party, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion of the judgment creditors to compel New York Life Insurance Company to pay their attorneys the cash surrender or loan value on a policy on the life of one of the judgment debtors.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

Marion McCarthy, Appellant, v. Town of Gates and Another, Defendants, and County of Monroe, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order dismisses plaintiff's cause of action as against the county in an action for damages for negligence arising out of the operation of a truck alleged to be operated by an agent, servant and employee of the county.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.